IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY M. SMITH, JR.,

    Plaintiff,

v.                                      CASE NO. 4:15cv354-RH/CAS

JULIE JONES, Secretary, Florida
Department of Corrections,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 12. No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

    SO ORDERED on February 28, 2016.

                                            s/Robert L. Hinkle
                                            United States District Judge